

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-07-00124-CV

_____

MICHELLE MIMMS, Appellant

V.

OLD CANAL FINANCIAL, INC., ET AL., Appellees

On Appeal from the 124th Judicial District Court
Gregg County, Texas
Trial Court No. 2006-1609-B

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Michelle Mimms has filed an appeal from an order of the trial court signed September 11, 2007. The clerk's record was due to be filed on or before January 9, 2008. Appellant is not indigent, and is responsible for paying or making adequate arrangements to pay the clerk's fees for preparing the record. *See* TEX. R. APP. P. 37.3(b). On February 21, 2008, we contacted Mimms by letter, reminding her that the record was past due, and warning that, if we did not receive an adequate response within ten days, we would dismiss the appeal for want of prosecution pursuant to Rule 42.3(b) and (c) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(b), (c).

As of the date of this opinion, we have received no response.

We dismiss the appeal for want of prosecution.

Josh R. Morriss, III
Chief Justice

Date Submitted: March 20, 2008
Date Decided: March 21, 2008

2